UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIVERVIEW ENERGY
CORPORATION,

                  Plaintiff,

-v-

BETHEL CAPITAL INVESTMENT, *et al.*,

                  Defendants.

23-CV-6200 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Batsela Asset Management was served on November 14, 2023. Defendants Bethel Capital Investment, Joel Nzali, and Antoine Ingandu were served on January 26, 2024. However, no appearance has been entered on any of the Defendants' behalf, and no responses to the complaint have been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by April 30, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: April 15, 2024
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge