UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RIVERVIEW ENERGY CORPORATION, | | |
| | Plaintiff, | 23-CV-6200 (JPO) |
| -v- | | ORDER |
| BETHEL CAPITAL INVESTMENT, *et al.*, | | |
| | Defendants. | |

J. PAUL OETKEN, District Judge:

    As the Court stated in its text order on May 28, 2024 at ECF No. 55, Plaintiff was

required to file an affidavit of service for the motion for default judgment, or a letter explaining

why additional time was necessary to effectuate service, on or before June 11, 2024.  Plaintiff

has not filed an affidavit of service or a letter with the Court.

    Plaintiff shall file an affidavit of service for the motion for default judgment on or before

June 21, 2024, or a letter explaining why additional time is necessary and when Plaintiff

anticipates service will be completed on or before June 21, 2024.  If Plaintiff fails to do so, this

action will be dismissed for failure to prosecute.

    SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge