UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RIVERVIEW ENERGY
CORPORATION,

                Plaintiff,

                                            23 **CIVIL** 6200 (JPO)

          -against-                             **DEFAULT JUDGMENT**

BETHEL CAPITAL INVESTMENT, *et al*.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated February 3, 2025, Judgment is entered as follows: 1. in favor of Riverview Energy Corporation and against Bethel Capital Investment and Antoine Ingandu, jointly and severally, in the amount of (a) $25,000 plus prejudgment interest at 9 percent per annum, calculated from July 18, 2023 to the date of judgment, amounting in total prejudgment interest of $3,489.04, plus (b) $29,153.50 in attorneys' fees; 2. in favor of Riverview Energy Corporation and against Batsela Asset Management and Joel Nzali, jointly and severally, in the amount of $421,600 plus prejudgment interest at 9 percent per annum, calculated from July 18, 2023 to the date of judgment, amounting in total prejudgment interest of $58,839.19, and the case is closed.

**DATED**: New York, New York

      February 3, 2025

                                              **TAMMI M. HELLWIG**
                                                Clerk of Court

                             **BY**: _____
                                                  **Deputy Clerk**